# Court of Appeals
# of the State of Georgia

ATLANTA,  March 11, 2025

*The Court of Appeals hereby passes the following order:*

**A25A0587. DWAYNE WILSON v. IVY MILL PLANTATION HOMEOWNERS ASSOCIATION, INC.**

In this foreclosure dispute between a homeowner and his homeowners' association, the homeowner ostensibly appeals from the trial court's order granting the association attorney fees under OCGA § 9-15-14. However, on appeal, the homeowner argues that the trial court erred in dismissing his affidavit of illegality, arguing that the association could not foreclose on his property because his mortgage lender held a security deed on his property. This Court previously rejected this argument and upheld the association's right to foreclose on the homeowner's property in the two prior appeals in this case. See Case Nos. A22A0876; A24A1514.

"It is well established that any issue that was raised and resolved in an earlier appeal is the law of the case and is binding on this Court." (Citation omitted.) *Paradise v. State*, 321 Ga. App. 373 (740 SE2d 238) (2013). "Because [the appellant] cannot re-litigate here the same issues that were dismissed in his prior appeals, these claims will not be considered." (Citation omitted.) Id. Accordingly, this appeal is hereby DISMISSED as barred by the law of the case doctrine.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/11/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*